1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALFRED NICHOLS,                         1:11-cv-00116 SKO (PC)

12            Plaintiff,                     SECOND ORDER TO SUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS OR PAY
13       vs.                                 FILING FEE WITHIN 45 DAYS

14   YATES, et al.,

15            Defendants.
     _____/
16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted a proper application to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.  On January 31, 2011, Plaintiff submitted an

20   application to proceed in forma pauperis using the forms for the Southern District of California.

21   Plaintiff must submit an application using the forms attached to this order for this district.

22          Accordingly, IT IS HEREBY ORDERED that:

23          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

24   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

25   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

26   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

27   submit a certified copy of his/her prison trust statement for the six month period immediately

28   preceding the filing of the complaint.

                                             -1-

1    **Failure to comply with this order will result in dismissal of this action.**

2

3    IT IS SO ORDERED.

4    **Dated:    February 8, 2011**                 /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28