# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED NICHOLS,<br><br>           Plaintiff,<br><br>   v.<br><br>YATES, et al.,<br><br>           Defendants. | CASE NO. 1:11-cv-00116-OWW-SKO PC<br><br>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>(Doc. 9)<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY (30) DAYS |

Plaintiff Alfred Nichols ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 18, 2011, Plaintiff filed a motion requesting leave to amend his complaint. (Doc. #9.)

Pursuant to Federal Rule of Civil Procedure 15(a)(1), "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Plaintiff has not yet served his complaint. Accordingly, the Court will grant Plaintiff leave to file an amended complaint.

The Court notes that Plaintiff requests leave to amend because "Plaintiff, in fact needs to show more proof, of the acts, and actions of the defendants[sic] wrong doing." (Motion: to dismiss and Amended[sic] Plaintiff's Complaint 2, ECF No. 9.) Plaintiff is advised that at this stage in litigation, all allegations made in his complaint will be accepted as true. It is unnecessary to submit evidence or other proof of the facts alleged in his complaint. Submitting evidence in support of a complaint will likely only serve to confuse the issues raised in the complaint.

1    The Court also notes that Plaintiff states that he "is still wanting the Courts to accept the
2 forma pauperis form that the institution has already forward." (Motion 2, ECF No. 9.) Plaintiff is
3 advised that on February 8, 2011, the Court ordered Plaintiff to submit a proper application to
4 proceed in forma pauperis because the forms Plaintiff submitted on January 31, 2011, were not the
5 proper forms used in this district.

6    Based on the foregoing, the Court HEREBY ORDERS that Plaintiff's motion requesting
7 leaving to file an amended complaint is GRANTED.  Plaintiff shall file his amended complaint
8 within thirty (30) days of the date of service of this order.

10 IT IS SO ORDERED.

11 **Dated:     February 28, 2011**                    **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE